
US00D527196S

## (12) United States Design Patent
### Antonioni

(10) Patent No.: **US D527,196 S**
(45) Date of Patent: ** Aug. 29, 2006

(54) SOFA/CHAIR

(76) Inventor: Dario Cesar Antonioni, 125 W. 4th St., Suite 102, Los Angeles, CA (US) 90013

(**) Term: 14 Years

(21) Appl. No.: 29/213,832

(22) Filed: Sep. 23, 2004

(51) LOC (8) Cl. ...................................... 06-01
(52) U.S. Cl. ...................................... D6/381
(58) Field of Classification Search .......... D6/334–337, D6/349, 369, 381, 382, 384, 390, 391, 374, D6/500–502, 373; 297/232–233, 240, 242, 297/244–245, 445.1, 446.1, 451.9, 452.11, 297/452.12; 5/12.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D169,911 S | * | 6/1953 | Netzer | D6/381 |
| D177,081 S | * | 3/1956 | Wells | D6/334 |
| 2,985,892 A | * | 5/1961 | Garrigus, Sr. et al. | 5/12.1 |
| 3,110,909 A | * | 11/1963 | Bendell | 5/12.1 |
| 3,180,685 A | * | 4/1965 | Rogalski et al. | 297/440.24 |
| D259,601 S | * | 6/1981 | Marks | D6/334 |
| D262,677 S | * | 1/1982 | Rowland | D6/373 |
| D269,057 S | * | 5/1983 | Schatz et al. | D6/335 |
| D272,968 S | * | 3/1984 | Fairaizen | D6/381 |
| D279,338 S | * | 6/1985 | Offredi | D6/376 |
| D295,238 S | * | 4/1988 | Gammelgaard | D6/373 |
| D313,893 S | * | 1/1991 | Hopfer | D6/334 |
| D327,174 S | * | 6/1992 | Hopfer | D6/334 |
| D390,017 S | * | 2/1998 | Lewis | D6/334 |
| D427,798 S | * | 7/2000 | Mourgue | D6/381 |
| D433,824 S | * | 11/2000 | King | D6/334 |
| D443,989 S | * | 6/2001 | Gomez | D6/335 |
| D455,281 S | * | 4/2002 | Andersen et al. | D6/381 |
| D455,282 S | * | 4/2002 | Andersen et al. | D6/381 |
| D462,537 S | * | 9/2002 | Werner | D6/375 |
| D476,819 S | * | 7/2003 | Williams et al. | D6/334 |
| D490,996 S | * | 6/2004 | Weiss et al. | D6/381 |
| D497,064 S | * | 10/2004 | Domack | D6/480 |
| D498,075 S | * | 11/2004 | Mourgue | D6/381 |
| D508,618 S | * | 8/2005 | Mourgue | D6/375 |

OTHER PUBLICATIONS

Sofa in "From 90 to 180 effertlessly" ad, Design Within Reach catalog, 2002.*
Dafne Sofa and Chair, Design Within Reach catalog, 2002.*

* cited by examiner

*Primary Examiner*—Sandra S. Snapp
(74) *Attorney, Agent, or Firm*—Stentina Brunda Garred & Brucker

(57) **CLAIM**

The ornamental design for a sofa/chair, as shown and described.

**DESCRIPTION**

FIG. 1 is a front top perspective view of the sofa/chair furniture of the present invention showing my new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a front elevational view thereof;
FIG. 4 is a side elevational view thereof;
FIG. 5 is a rear elevational view thereof;
FIG. 6 is a bottom plan view thereof;
FIG. 7 is a front perspective view of a second embodiment of the sofa/chair furniture of the present invention showing my new design;
FIG. 8 is a top plan view thereof;
FIG. 9 is a front elevational view thereof;
FIG. 10 is a side elevational view thereof;
FIG. 11 is a rear elevational view thereof; and,
FIG. 12 is a bottom plan view thereof.

1 Claim, 4 Drawing Sheets



**EXHIBIT A**



*Fig. 1*



*Fig. 2*



*.3*



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9

Case 5:10-cv-00025-RLV-DCK   Document 1-1   Filed 03/01/10   Page 4 of 5



Fig. 10



Fig. 11



Fig. 12

Case 5:10-cv-00025-RLV-DCK   Document 1-1   Filed 03/01/10   Page 5 of 5